**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MARTINEZ ARRELLANO

Petitioner,

v.

USA, *et al.*,

Respondents.

Case No.: 2:26-cv-03782-RFB-NJK

**ORDER**

On November 13, 2026, Petitioner Martinez Arrellano initiated this *pro se* immigration habeas proceeding under 28 U.S.C. § 2241 by submitting an application to proceed *in forma pauperis* and an Notice of Appeal from a Decision of an Immigration Judge that are both on the Executive Office for Immigration Review's ("EOIR") forms. See ECF Nos. 1, 1-1. Petitioner is advised that this Court cannot forward his documents to the EOIR. This case cannot proceed because Petitioner did not file a signed petition for writ of habeas corpus on or consistent with one of the Court's approved forms that pertains to Petitioner. Additionally, since entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner has another habeas proceeding pending in this District: Arrellano v. Blanche, No. 2:26-cv-03582-RFB-NJK.

Accordingly, **IT IS HEREBY ORDERED** that, on or before **November 23, 2026**, Petitioner, with the assistance of counsel, must show cause why this case should not be dismissed without prejudice as duplicative of Petitioner's other pending habeas proceeding.

Alternatively, on or before **November 23, 2026**, Petitioner, with the assistance of counsel, may file the appropriate document under Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action without prejudice to proceed in Petitioner's other pending habeas proceeding.

**IT IS FURTHER ORDERED** that, if Petitioner intends to proceed in the instant case, then on or before **November 23, 2026**, Petitioner must, with the assistance of counsel, file a signed petition that pertains to themself and is on or complies with one of the Court's approved form habeas petitions.

**IT IS FURTHER ORDERED** that this case will be dismissed without prejudice if Petitioner fails to timely comply with this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to send Petitioner Martinez Arrellano courtesy copies of his initiating documents (ECF Nos. 1, 1-1) via U.S. Mail at: Nevada Southern Detention Center, 2190 East Mesquite Ave, Pahrump, NV 89060.

**DATED:** November 16, 2026

/s/ Richard F. Boulware, II
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**